# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CCA and B, LLC d/b/a The Lumistella Company, <br><br> Plaintiff, <br><br> v. <br><br> Brighton Collectibles, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO: <br> 1:25-cv-06890-AT |

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff CCA and B, LLC d/b/a The Lumistella Company and Defendant Brighton Collectibles, LLC, by and through their undersigned counsel, have agreed that Plaintiff may have an extension through and including February 10, 2026, to accept or otherwise respond to the Rule 68 Offer of Judgment proffered by Defendant on January 20, 2026.  Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff currently has through February 3, 2026, to accept or otherwise respond.

Good cause exists for the extension.  The parties have exchanged data and information related to the offer in the intervening two weeks to ensure that Plaintiff can make an informed decision, and Plaintiff needs additional time to consider and evaluate the information provided by Defendant this week.  The agreed-upon

extension of time will not impact any other deadlines in this action and will not delay the progress of the proceedings.

A proposed Order granting the requested extension of time is filed concurrently herewith.

Dated: February 3, 2026.

                                                     Respectfully submitted,

                                                     THE SLADKUS LAW GROUP

                                                     */s Carrie A. Hanlon*
                                                     Carrie A. Hanlon
                                                     Georgia Bar No. 289725
                                                   carrie@sladlaw.com
                                                   Jason H. Cooper
                                                   Georgia Bar No. 778884
                                                   jason@sladlaw.com
                                                   1397 Carroll Drive
                                                   Atlanta, Georgia 30318
                                                   Telephone: (404) 252-0900

                                                   *Counsel for Plaintiff*


                                                   THE FLAKE LAW FIRM, LLC

                                                   */s Andrew B. Flake (with permission)*
                                                   Andrew B. Flake
                                                   Georgia Bar No. 262425
                                                   andrew.flake@flakelaw.com
                                                   1778 Century Blvd. NE, Suite A
                                                   Atlanta, Georgia 30345
                                                   Telephone: 678-528-1688

ROSS LLP
Peter W. Ross
California State Bar No. 109741
pross@rossllp.la
Admitted Pro Hac Vice
Eric C. Lauritsen – Pro Hac Vice
California State Bar No. 301219
elauritsen@rossllp.la
Admitted Pro Hac Vice
1900 Avenue of the Stars, Suite 1870
Los Angeles, California 90067
Telephone: 424-704-5600

*Counsel for Defendant*